# CRIMINAL CASE COVER SHEET      U.S. ATTORNEY'S OFFICE

Defendant Name: Robert Roy Hattaway

Place of Offense (City & County): Morrison, Warren County, Tennessee

Juvenile: Yes ___ No _x_    Matter to be Sealed: Yes ___ No _x_

Interpreter: No _x_ Yes ___    Language: _____

Total # of Counts: ___ Petty  ___ Misdemeanor (Class___)  _25_ Felony

| | ORIGINAL INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | to defraud a financial institution; or to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises;<br><br>Title 18 United States Code, Sections 1344 and 2. | 1-6 |
| Set 2 | Whoever knowingly makes any false statement or report, or willfully overvalues any land, property or security, for the purpose of influencing in any way the action of the Federal Crop Insurance Corporation<br><br>Title 18 United States Code, Sections 1014. | 7-26 |

(Use tab key after entering counts to create additional rows)

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>(if applicable) |
|---|---|---|---|---|
| Set 1 | to defraud a financial institution; or to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises;<br><br>Title 18 United States Code, Sections 1344 and 2. | No | | 1-6 |
| Set 2 | Whoever knowingly makes any false statement or report, or willfully overvalues any land, property or security, for the purpose of influencing in any way the action of the Federal Crop Insurance Corporation<br><br>Title 18 United States Code, Sections 1014. | Yes | 7-25 | 7-26 |

(Use tab key after entering counts to create additional rows)

| | SECOND SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>(if applicable) |
|---|---|---|---|---|
| Set 1 | to defraud a financial institution; or to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises;<br><br>Title 18 United States Code, Sections 1344 and 2. | No | | 1-6 |

| SECOND SUPERSEDING INDICTMENT U.S.C. Citation(s) and Description of Offense Charged | | New count? Y or N | New Count # | Old Count # (if applicable) |
|---|---|---|---|---|
| Set 2 | Whoever knowingly makes any false statement or report, or willfully overvalues any land, property or security, for the purpose of influencing in any way the action of the Federal Crop Insurance Corporation<br><br>Title 18 United States Code, Sections 1014. | Y | 7-25, 27-28 | 7-25 |
| Set 3 | Whoever, having devised or intending to devise any scheme artifice to defraud and for obtaining money and property by materially false and fraudulent pretenses, representations, and promises, and to conceal said scheme, did knowingly cause to be delivered by the United States Postal Service<br><br>Title 18, United States Code, Section 1341. | Y | 26 | |
| Set 4 | Whoever makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;<br><br>Title 18, United States Code, Section 1001(a)(3). | Y | 29-30 | |

Current Trial Date (if set): n/a             before Judge Mattice

Criminal Complaint Filed:  No  x  Yes ___      Case No. _____

Defendant on Supervised Release:  Yes ___   No x

Violation Warrant Issued?  No  x   Yes ___    Case No. _____

Related Case(s):

_____
Case Number     Defendant's attorney     How related

_____
Case Number     Defendant's attorney     How related

## Criminal Informations:

Pending criminal case:    No ___   Yes  x    Case No. 4:14-cr-12

New Separate Case _____        Supersedes Pending Case  x

Name of defendant's attorney:  Carol Malloy

Retained: _____      Appointed:  x

Date:  10/28/2014       Signature of AUSA: [signature]