UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 4:14-CR-12 |
| v. | ) | |
| | ) | Judge Mattice |
| ROBERT ROY HATTAWAY, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## VERDICT FORM
*April 17, 2015*

WE, THE JURY, UNANIMOUSLY FIND THE FOLLOWING:

*Question 1:*

    With respect to the charge in Count ONE of the Indictment for BANK FRAUD, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY             _____NOT GUILTY

HANG

*Question 2:*

With respect to the charge in Count Two of the Indictment for BANK FRAUD, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                                          ✓_____NOT GUILTY

*Question 3:*

With respect to the charge in Count Three of the Indictment for BANK FRAUD, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                                    _____NOT GUILTY

HUNG

*Question 4:*

With respect to the charge in Count Four of the Indictment for BANK FRAUD, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                                    _____NOT GUILTY

*Question 5:*

With respect to the charge in Count Five of the Indictment for BANK FRAUD, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                    _____NOT GUILTY

5

*Question 6:*

With respect to the charge in Count Six of the Indictment for BANK FRAUD, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

✓

_____GUILTY                                        _____NOT GUILTY

*Question 7:*

With respect to the charge in Count Seven of the Indictment for MAKING FALSE STATEMENTS FOR CROP INSURANCE, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                                            _____NOT GUILTY

*Question 8:*

With respect to the charge in Count Eight of the Indictment for MAKING FALSE STATEMENTS FOR CROP INSURANCE, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                                        _____NOT GUILTY

*Question 9:*

With respect to the charge in Count Nine of the Indictment for MAKING FALSE STATEMENTS FOR CROP INSURANCE, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                                              _____NOT GUILTY

*Question 10:*

With respect to the charge in Count Ten of the Indictment for MAKING FALSE STATEMENTS FOR CROP INSURANCE, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                                    _____NOT GUILTY

*Question 11:*

With respect to the charge in Count Eleven of the Indictment for MAKING FALSE STATEMENTS FOR CROP INSURANCE, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____✓_GUILTY                                        _____NOT GUILTY

*Question 12:*

With respect to the charge in Count Twelve of the Indictment for MAKING FALSE STATEMENTS FOR CROP INSURANCE, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                              _____NOT GUILTY

*Question 13:*

With respect to the charge in Count Thirteen of the Indictment for MAKING FALSE STATEMENTS FOR CROP INSURANCE, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                                        _____NOT GUILTY

13

*Question 14:*

With respect to the charge in Count Fourteen of the Indictment for MAKING FALSE STATEMENTS FOR CROP INSURANCE, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                                    _____NOT GUILTY

*Question 15:*

With respect to the charge in Count Fifteen of the Indictment for MAKING FALSE STATEMENTS FOR CROP INSURANCE, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                                    _____NOT GUILTY

*Question 16:*

With respect to the charge in Count Sixteen of the Indictment for MAKING FALSE STATEMENTS FOR CROP INSURANCE, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                                            _____NOT GUILTY

*Question 17:*

With respect to the charge in Count Seventeen of the Indictment for MAKING FALSE STATEMENTS FOR CROP INSURANCE, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                                          _____NOT GUILTY

*Question 18:*

With respect to the charge in Count Eighteen of the Indictment for MAKING FALSE STATEMENTS FOR CROP INSURANCE, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

✓

_____GUILTY                                          _____NOT GUILTY

*Question 19:*

With respect to the charge in Count Nineteen of the Indictment for MAKING FALSE STATEMENTS FOR CROP INSURANCE, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____✓ GUILTY                                      _____NOT GUILTY

*Question 20:*

With respect to the charge in Count Twenty of the Indictment for MAKING FALSE STATEMENTS FOR CROP INSURANCE, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                                    _____NOT GUILTY

*Question 21:*

With respect to the charge in Count Twenty-One of the Indictment for MAKING FALSE STATEMENTS FOR CROP INSURANCE, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                                    _____NOT GUILTY

*Question 22:*

With respect to the charge in Count Twenty-Two of the Indictment for MAKING FALSE STATEMENTS FOR CROP INSURANCE, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                                   _____NOT GUILTY

*Question 23:*

With respect to the charge in Count Twenty-Three of the Indictment for MAKING FALSE STATEMENTS FOR CROP INSURANCE, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                                                _____NOT GUILTY

*Question 24:*

With respect to the charge in Count Twenty-Four of the Indictment for MAKING FALSE STATEMENTS FOR CROP INSURANCE, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____ GUILTY                                              _____ NOT GUILTY

24

*Question 25:*

With respect to the charge in Count Twenty-Five of the Indictment for MAKING FALSE STATEMENTS FOR CROP INSURANCE, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                                        _____NOT GUILTY

*Question 26:*

With respect to the charge in Count Twenty-Six of the Indictment for Mail Fraud, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                                        _____NOT GUILTY

*Question 27:*

With respect to the charge in Count Twenty-Seven of the Indictment for MAKING FALSE STATEMENTS TO THE FARM SERVICES AGENCY, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY

_____NOT GUILTY

27

*Question 28:*

With respect to the charge in Count Twenty-Eight of the Indictment for MAKING FALSE STATEMENTS TO THE FARM SERVICES AGENCY, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____GUILTY                                    _____NOT GUILTY

*Question 29:*

With respect to the charge in Count Twenty-Nine of the Indictment for USE OF FALSE DOCUMENTS, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

_____✓_____GUILTY                                    _____NOT GUILTY

*Question 30:*

With respect to the charge in Count Thirty of the Indictment for USE OF FALSE DOCUMENTS, we the jury unanimously find the Defendant ROBERT ROY HATTAWAY:

✓

_____GUILTY                                        _____NOT GUILTY

*Please have your foreperson sign and date this Verdict Form and inform Ms. Camp that you have reached a verdict.*



**Signature of Foreperson**

4-17-15

**Date**